**Horacio RENTERIA–NAMBO,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 08–74400.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Michael Franquinha, Aguirre Law
Group APC, Phoenix, AZ, for Petitioner.

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is
suitable for decision without oral argument.

Lauren Fascett, David V. Bernal, Assistant Director, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Cas–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Horacio Renteria–Nambo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination, *Canales–Vargas v. Gonzales*, 441 F.3d 739, 742 (9th Cir.2006), and we deny the petition for review.

The record does not compel the conclusion that Renteria–Nambo met his burden of establishing continuous physical presence from May 1996 to May 2006. *See Singh–Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir.1999) (a contrary result is not compelled where there is "[t]he possibility of drawing two inconsistent conclusions

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

from the evidence") (internal quotation marks and citation omitted).

**PETITION FOR REVIEW DENIED.**